MURRAY VOLINSKY, PLAINTIFF-RESPONDENT, v. PUBLIC SERVICE COORDINATED TRANSPORT, DEFENDANT-PETITIONER.

See same case below: 5 *N. J. Super.* 320.

*Mr. Carl T. Freggens* and *Mr. Luke A. Kiernan, Jr.,* for the petitioner.

*Mr. Martin Simon* and *Mr. Joseph Coult* for the respondent.

February 6, 1950.   Denied.

ABRAHAM DUFF, PLAINTIFF-RESPONDENT, v. TRENTON BEVERAGE COMPANY, DEFENDANT-PETITIONER.

See same case below: 5 *N. J. Super.* 283.

*Messrs. Stoffer & Jacobs,* for the petitioner.

*Mr. Nathan Duff* for the respondent.

February 6, 1950.   Granted.